### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRENDON FOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-CV-1271-CM-KMH |
| | ) |
| CITY OF WICHITA, KANSAS and | ) |
| JARED HENRY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to F.R.Civ.P. 41(a), the parties hereby stipulate that all claims asserted in this lawsuit by plaintiff Brendon Fox against Defendants City of Wichita and Jared Henry are dismissed without prejudice. Each party shall bear his or its own costs and fees.

AGREED AND STIPULATED:

DEPEW GILLEN RATHBUN & MCINTEER LC
8301 E. 21st Street, Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: Randy@depewgillen.com

**s/Randall K. Rathbun**
Randall K. Rathbun #09765
**ATTORNEY FOR PLAINTIFF**

FISHER, PATTERSON, SAYLER & SMITH, LLP
3550 S.W. 5th Street
P. O. Box 949
Topeka, Kansas 66601-0949
Office: (785) 232-7761
Email: dcooper@fisherpatterson.com

**s/David R. Cooper**
David R. Cooper, #16690

**AND**

{T0427298}                                                   - 1 -

- 2 -

                                                   **SHARON L. DICKGRAFE**
Chief Deputy City Attorney
City Hall-13th Floor
455 North Main
Wichita, Kansas  67202-1635
Office:(316) 268-4681/Fax: (316) 268-4335
Email:  sdickgrafe@wichita.gov
**ATTORNEYS FOR DEFENDANTS CITY OF WICHITA AND JARED HENRY**

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing on this 14th day of March, 2014, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Randall K. Rathbun / Molly M. Gordon
DEPEW, GILLEN, RATHBUN & McINTEER, LC
8301 East 21st Street North, Suite 450
Wichita, Kansas  67206-2936
randy@depewgillen.com; molly@depewgillen.com
**ATTORNEYS FOR PLAINTIFF**

                                                   **s/David R. Cooper**
1422.29952                                               David R. Cooper